03-15-00250-CV

Mr. Ruben P Chavez #1720417
W. J. Estelle Unit
263 FM 3478 Rd.
Huntsville Texas
77320

RECEIVED
MAY 2 6 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

FILED
May 26, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

Clerk Jeffrey D. Kyle
Court of Appeal for the
Third Dist. of Texas
P.O. Box 12547
Austin Texas 78711-2547

Re: Extentions of Time Request to Submit
Response to letter dated May 7, 2015

Clerk,
    The Court does have jurisdiction.
    Appellant request extention of time to
respond.

W. Y. Estelle Unit
264 FM 3478 Rd.
Huntsville, Texas
77320

22 MAY 2025 PM 9 L

78711254747

Clerk: Jeffrey D. Kyle
Court of Appeals for the
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547